UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stanley A. Slupkowski,       )
                             )
        Plaintiff,           )
                             )
v.                           )   Civil Action No. 08-0104
                             )
The United States of America,)
                             )
        Defendant.           )

ORDER

Plaintiff has not complied with the Order of January 18, 2008, directing his compliance with the filing fee requirements of the Prison Litigation Reform Act ("PLRA"), presumably because he claims to be a civil detainee who is not subject to the PLRA's requirements. Assuming this claim to be true, the Court will vacate the previously issued order and rule on the application to proceed *in forma pauperis*.

An individual's right of access to the courts "is neither absolute nor unconditional." *In re Green*, 669 F.2d 779, 785 (D.C. Cir. 1981) (per curiam). "An *in forma pauperis* litigant's access to the courts is a matter of privilege, not of right, and should not be used to abuse the process of the courts." *Williams v. McKenzie*, 834 F.2d 152, 154 (8th Cir. 1987). "The determination of a court whether to allow one to proceed *in forma pauperis* must be made separately in every case." *In re Green*, 669 F.2d at 786. Whether to permit or deny an application to proceed *in forma pauperis* is within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir.), *cert. denied*, 488 U.S. 941 (1988); *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.), *cert. denied*, 375 U.S. 845 (1963). If the applicant shows that he would be forced to give up the basic

4

necessities of life if required to pay the costs of the lawsuit, he qualifies for *in forma pauperis* status. *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). Plaintiff states that he has $30,000 in a bank account and receives $500 a month in veterans' disability payments. He has not demonstrated how he would suffer any hardship from paying the $350 filing fee applicable to this civil action. Accordingly, it is this 29th day of April 2008,

ORDERED that the Order of January 18, 2008 [Dkt. No. 3] is VACATED; it is

FURTHER ORDERED that plaintiff's motion to proceed *in forma pauperis* [Dkt. No. 2] is DENIED; and it is

FURTHER ORDERED that within thirty (30) days from the filing date of this Order, plaintiff shall pay the filing fee of $350, failing which the case will be deemed dismissed and considered closed.

/s/ Royce C. Lamberth
United States District Judge